IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GEORGE A. HILL, SR.,

      Appellant,

v.

JULIE L. JONES, Secretary,
Florida Department of
Corrections,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1538

Opinion filed April 1, 2015.

An appeal from the Circuit Court for Leon County.
Kevin J. Carroll, Judge.

George A. Hill, Sr., pro se, Appellant.

Pamela Jo Bondi, Attorney General, Carrie McNamara, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

THOMAS, CLARK, and WETHERELL, JJ., CONCUR.